No. 09-9287. Tyrone Lorenzo Robinson, Petitioner v. LeVern Cohen, Warden, et al.

559 U.S. 1096, 130 S. Ct. 2380, 176 L. Ed. 2d 775, 2010 U.S. LEXIS 3541.

April 26, 2010. Petition for writ of certiorari to the Supreme Court of South Carolina denied.

No. 09-9290. Leroy Webber, Petitioner v. Florida.

559 U.S. 1096, 130 S. Ct. 2380, 176 L. Ed. 2d 775, 2010 U.S. LEXIS 3570.

April 26, 2010. Petition for writ of certiorari to the Supreme Court of Florida denied.

Same case below, 29 So. 3d 292.

No. 09-9293. Sheila A. Mannix, Petitioner v. Lisa Madigan, et al.

559 U.S. 1096, 130 S. Ct. 2381, 176 L. Ed. 2d 775, 2010 U.S. LEXIS 3526,

April 26, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

No. 09-9294. Kent Anthony Krueger, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.

559 U.S. 1096, 130 S. Ct. 2381, 176 L. Ed. 2d 775, 2010 U.S. LEXIS 3564.

April 26, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

No. 09-9296. Garry Turner, Petitioner v. Illinois.

559 U.S. 1096, 130 S. Ct. 2381, 176 L. Ed. 2d 775, 2010 U.S. LEXIS 3536.

April 26, 2010. Petition for writ of certiorari to the Appellate Court of Illinois, First District, denied.

Same case below, 384 Ill. App. 3d 1091, 362 Ill. Dec. 693, 973 N.E.2d 1089.

No. 09-9298. Alton Waddell-El, Petitioner v. Virginia.

559 U.S. 1096, 130 S. Ct. 2381, 176 L. Ed. 2d 775, 2010 U.S. LEXIS 3530.

April 26, 2010. Petition for writ of certiorari to the Supreme Court of Virginia denied.

No. 09-9299. Nathan Willingham, Petitioner v. District of Columbia Board on Professional Responsibility.

559 U.S. 1097, 130 S. Ct. 2381, 176 L. Ed. 2d 775, 2010 U.S. LEXIS 3510.

April 26, 2010. Petition for writ of certiorari to the District of Columbia Court of Appeals denied.

No. 09-9307. Andrew Bevins, Jr., Petitioner v. Ohio.

559 U.S. 1097, 130 S. Ct. 2381, 176 L. Ed. 2d 775, 2010 U.S. LEXIS 3512.

April 26, 2010. Petition for writ of certiorari to the Court of Appeals of Ohio, Hamilton County, denied.